PS 8
(Rev. 12/00)

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 02 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

U.S.A. vs. Ivie Shevon Sajere
AKA Ivie Shevon Owobu

Docket No. 1:20-CR-28-TCB-RGV

### Petition for Action on Conditions of Pretrial Release

COMES NOW Walter Cochran, PROBATION OFFICER, presenting an official report upon the conduct of defendant Ivie Sajere, who was placed under pretrial release supervision for the offense of Bank Fraud, 18 U.S.C. §1344 and (Counts 1 and 2) by the Honorable Regina D. Cannon sitting in the Court at Atlanta, on July 1, 2020, under the following conditions:

Submit to supervision by and report for supervision immediately.
Maintain or actively seek employment.
Refrain from excessive use of alcohol.
Avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: any co-defendants and witnesses except to discuss family matters.
Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
Refrain from possessing a firearm, destructive device, or other dangerous weapon.
Participate in one of the home confinement program components and abide by all the requirements of the program which will include electronic monitoring or other location verification system.  Home Detention.  You are restricted to your residence at all times except for religious services, medical, attorney visit, court appearances and other activities as preapproved by the probation officer.
Report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
Obtain no passport.
Surrender any passport to: U.S. pretrial services officer.

NOTE:  Conditions were modified on September 2, 2020, changing location monitoring from Home Detention to a Curfew of 10 PM to 6 AM.

Violation  Re: SAJERE, Ivie Shevon
Page 2

Respectfully presenting petition for action of Court and for cause as follows:

(1) Violation of general condition ordering the defendant not to violate any federal, state or local law while released. In that the defendant committed the offense of Cruelty to Children First Degree, a Felony, between January 24, 2021, to January 25, 2021, in Forsyth County, Georgia, by hitting Nichole Sajere, her step-daughter, multiple times with an unknown type "rod" causing multiple bruising/swelling to Nichole's forehead, left arm, left fingers and left thigh. The defendant also choked Nichole by placing her hand around Nichole's throat and squeezing.

(2) Violation of general condition ordering the defendant not to violate any federal, state or local law while released. In that the defendant committed the offense of Battery Family Violence Act, a misdemeanor, between January 24, 2021, to January 25, 2021, in Forsyth County, Georgia, by intentionally causing substantial physical or visible bodily harm to Nichole Sajere, living or formerly living in the same household, to wit: the defendant hit Nichole Sajere multiple times with an unknown type "rod" causing multiple bruising/swelling to Nichole's forehead, left arm, left fingers and left thigh. The defendant also choked Nichole by placing her hand around Nichole's throat and squeezing.

NOTE: At the time this petition was drafted, the defendant self-admitted herself to Peachford Hospital, Atlanta, Georgia, and the local arrest warrants with Forsyth County, Georgia, are pending execution following the defendant's release from the hospital.

PRAYING THAT THE COURT WILL ORDER a warrant be issued for said Ivie Shevon Sajere and that she appear before the Court at Atlanta, to show cause why her pretrial bond supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this __2nd__ day of __February__, 2021

and ordered filed and made a part of the records in the above case.

_/s/ R. Cannon_
Honorable Regina D. Cannon
U. S. Magistrate Judge

I declare under penalty of perjury that the forgoing is true and correct.

Respectfully,

_Walt Cochran_
Walter Cochran
Sr. U. S. Probation Officer

Place: Atlanta, Georgia

Date: January 28, 2021

_Kurt Warren_
Kurt A. Warren
Supervising U. S. Probation Officer